[No. 43112-2-II. Division Two. November 13, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER TVEDT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-00883-7, Elizabeth P. Martin, J., entered February 10, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 43288-9-II. Division Two. November 13, 2013.]

BART ADAMS, *Appellant*, v. SHANE DEEN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-05961-5, Jeanette Dalton, J. Pro Tem., entered March 2, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Bjorgen, JJ.

[No. 43368-1-II. Division Two. November 13, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. K.M., *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-8-00016-1, Amber L. Finlay, J., entered March 28, 2012. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 31000-1-III. Division Three. November 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RODOLFO GALVAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00669-1, Craig J. Matheson, J., entered June 28, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.